Christopher Lee Prosser, pro se, Jefferson City, MO, for Plaintiff–Appellant.

Michael J. Fields, Michael Eugene Cook Pritchett, John Robert Mollenkamp, Joshua R. Bullock, Attorney General's Office, Jefferson City, MO, Virginia W. Lay, Attorney General's Office, Kansas City, MO, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Missouri inmate Christopher Prosser appeals the district court's adverse grant of summary judgment in this failure-to-protect action arising from a June 1997 assault on Prosser by two inmates at the Crossroads Correctional Center. Having carefully reviewed the record at this stage in the proceedings in the light most favorable to Prosser, we conclude that genuine issues of material fact remain as to (1) whether prison employee Victor Bruhn was aware of a substantial risk of serious harm to Prosser when he recommended Prosser's release to the general popula-tion, and (2) whether corrections officers Meredith Allen and Kimberly Swindler demonstrated deliberate indifference to Prosser's safety in allowing the assailants into Prosser's housing unit dressed in combat attire, and in their alleged lack of response to the attack. We find no error, however, in the district court's dismissal of other parties, and no abuse of the district court's discretion with regard to the challenged discovery rulings, the handling of Prosser's proposed amended complaint, and the denial of Prosser's postjudgment motions. Accordingly, we affirm in part, reverse in part, and remand for further proceedings. Prosser's motion for appointment of counsel is denied, without prejudice to his refiling it in the district court.

James E. SHERROD, Appellant,

v.

State of NEBRASKA; Don Stenberg; Nebraska State Patrol; Lancaster County Attorney's Office; Lincoln Police Department; Mark Funkhouser, Nebraska State Patrol; Jack Wyant; Nebraska State Penitentiary; Joe Kelly; Jane Khress; Pam Fittje; Harold W. Clarke, Appellees.

No. 03–2594.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 7, 2004.

Decided Jan. 15, 2004.

James E. Sherrod, pro se, Lincoln, NE, for Plaintiff–Appellant.

Charles Edward Lowe, Attorney General's Office, Michael E. Thew, Lancaster County Attorney, Lincoln, NE, for Defendants–Appellees.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Nebraska inmate James Sherrod brought this 42 U.S.C. § 1983 action alleging that defendants lost evidence which, if DNA-tested, would have exonerated him of a rape for which he was convicted. He sought damages and release from prison. The district court[1] dismissed the complaint for failure to state a claim, and Sherrod appeals. Upon de novo review, *see Breedlove v. Earthgrains Baking Cos.,* 140 F.3d 797, 799 (8th Cir.), *cert. denied,* 525 U.S. 921, 119 S.Ct. 276, 142 L.Ed.2d 228 (1998), we agree with the district court that Sherrod failed to state a claim under section 1983, *see Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Daniels v. Williams,* 474 U.S. 327, 330–31, 106 S.Ct. 662, 88 L.Ed.2d 662 (1986); *Preiser v. Rodriguez,* 411 U.S. 475, 490, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.